**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY RYAN,<br><br>Defendant. | Case No. 2:15-cr-00338-APG-GWF<br><br>**ORDER GRANTING MOTION FOR THE PREPARATION OF PRE-PLEA PRESENTENCE REPORT**<br><br>(Dkt. #26) |

   IT IS ORDERED that defendant Timothy Ryan's unopposed motion for preparation of a pre-plea presentence report **(Dkt. #26) is GRANTED**.

   IT IS FURTHER ORDERED that the Probation Office shall prepare a pre-plea presentence report within 60 days of this Order.

   IT IS FURTHER ORDERED that defendant Ryan shall immediately provide a copy of this order to the Probation Office so it is aware of the need to prepare the report

   DATED this 30th day of March, 2016.

                                             _____
                                             ANDREW P. GORDON
                                             UNITED STATES DISTRICT JUDGE