```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                      COUNSEL/PARTIES OF RECORD

            AUG 1 9 2016

          CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY_____                        _____ DEPUTY
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:15-cr-00338-APG-GWF |
| vs. | ) | |
| TIMOTHY RYAN | ) | |
| Defendant. | ) | **ORDER** |

On August 19, 2016, the Court GRANTED defendant's MOTION to DISMISS COUNSEL and ORDERED that the CJA administrator shall designate new counsel for TIMOTHY RYAN.

Accordingly, IT IS HEREBY ORDERED that JIM ORONOZ, is APPOINTED as counsel for TIMOTHY RYAN for all future proceedings.

The Federal Public Defender's Office shall forward the file to Mr. Oronoz forthwith.

DATED this 19th day of August, 2016.

UNITED STATES MAGISTRATE JUDGE