FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1 2 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00338-APG-GWF |
| vs. | |
| TIMOTHY RYAN, | |
| Defendant. | **ORDER** |

On July 7, 2017, this Court granted the Motion to Dismiss Counsel and Appoint New Counsel (doc. 57).

Accordingly, IT IS HEREBY ORDERED that DANIEL J. HILL, is APPOINTED as counsel for Timothy Ryan in place of James A. Oronoz's Office for all future proceedings.

James A. Oronoz's office shall forward the file to Mr. Hill forthwith.

DATED this 12th day of July, 2017.

THE HONORABLE GEORGE FOLEY, JR
UNITED STATES MAGISTRATE JUDGE