FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 0 6 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-CR-338-APG-(GWF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| | ) | |
| TIMOTHY RYAN, | ) | |
| | ) | |
| Defendant. | ) | |

This Court finds that defendant Timothy Ryan pled guilty to Counts One, Two, and Six of a Six-Count Criminal Indictment charging him in Count One with Bank Robbery in violation of Title 18, United States Code, Section 2113(a) and in Counts Two and Six with Armed Bank Robbery in violation of Title 18, United States Code, Section 2113(a). Criminal Indictment, ECF No. 14; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Timothy Ryan agreed to the imposition of the in personam criminal forfeiture money judgment of $13,910 set forth in the Plea Agreement. Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 2113(a), a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code Section 2461(c) and Title 21, United States Code, Section 853(p).

This Court finds that Timothy Ryan shall pay an in personam criminal forfeiture money judgment of $13,910 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code Section 2461(c); and Title 21, United States Code, Section 853(p).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Timothy Ryan an in personam criminal forfeiture money judgment of $13,910.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this _6_ day of _March_, 2018.

_____
UNITED STATES DISTRICT JUDGE