

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-338-APG-(GWF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| TIMOTHY RYAN, | |
| Defendant. | |

This Court found that Timothy Ryan shall pay the in personam criminal forfeiture money judgment of $13,910 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 14; Preliminary Order of Forfeiture, ECF No. 76; Plea Agreement, ECF No. 77; Change of Plea, ECF No. 78.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $13,910 complies with *Honeycutt v. United States*, ___ U.S. ___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Timothy Ryan the in personam criminal forfeiture money judgment of $13,910 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code,

///

Section 981(a)(1)(C) with Title 28, United States Code Section 2461(c); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 14th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE